No. 65260.—Andrew Fisher Cycle Co., Inc. *v.* United States, protests 59/6829, etc. (Portland, Oreg.).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65261.—Andrew Fisher Cycle Co., Inc., et al. *v.* United States, protests 59/9393, etc. (Los Angeles).

Opining by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 65262.—Gehrig, Hoban & Co., Inc. *v.* United States, protest 60/17441 (New York).

Opinion by LAWRENCE, J. There being nothing before the court tending in any way to overcome the presumption of correctness attaching to the classification by the collector, the protest was overruled.

No. 65263.—Herman M. Kleiner Co. *v.* United States, protest 60/18649 (New York).

Opinion by LAWRENCE, J. There being nothing before the court tending in any way to overcome the presumption of correctness attaching to the classification by the collector, the protest was overruled.

No. 65264.—Eli E. Albert, Inc. *v.* United States, protest 60/18950 (New York).